IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK THOMAS DONOVAN, | No. C 07-2240 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BAY AREA COMMUNITY RESOURCE DAY TREATMENT PROGRAM and JOSE LUIS GOMEZ, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. The clerk sent him a notice that his application for leave to proceed in forma pauperis was deficient. It was returned as undeliverable with a notation that plaintiff was not in custody. Petitioner has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: December 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\DONOVAN240.DSM-MAIL.wpd